IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

```
UNITED STATES OF AMERICA,         }
     Plaintiff,                   }
                                  }
vs.                               }   Case No. 04-10241-01-WEB
                                  }
                                  }
VINCENT MICHAEL BREWER,           }
MARK J. BREWER,                   }
     Defendant.                   }
_____}
```

**ORDER**

NOW on this 19th day of August, 2005, the above matter comes before the Court upon the oral motion of counsel for defendant Vincent Michael Brewer for the production of Mark J. Brewer at the sentencing hearing scheduled for August 29, 2005, at 2:00 p.m.

THEREUPON the Court, after hearing statements of counsel and being duly advised in the premises, finds that the appearance of Mark J. Brewer at the sentencing hearing of Vincent Michael Brewer is necessary for the benefit of defendant Brewer and the Court in determining an appropriate sentence. Mark J. Brewer is currently in federal custody.

IT IS THEREFORE ordered that the U.S. Marshal for the District of Kansas or his duly appointed deputies produce Mark J. Brewer for the sentencing hearing of Vincent Michael Brewer on August 29, 2005, at 2:00 p.m.

                                            s/ Wesley E. Brown
                                            HONORABLE WESLEY E. BROWN
                                            U. S. DISTRICT COURT JUDGE

APPROVED:

s/John K. Henderson
JOHN K. HENDERSON, JR.
Sup. Ct. No. 19022
Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
Telephone: (316) 269-6445
Fax: (316) 269-6175
E-mail: John_Henderson@fd.org